No. 578. JOSEPH PAOLUCCI, PETITIONER, v. THE UNITED STATES. February 24, 1908. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Wilton J. Lambert* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 586. CITY OF ST. CHARLES, PETITIONER, v. CHARLES A. STOOKEY. February 24, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Shepard Barclay* and *Mr. Thomas T. Fauntleroy* for petitioner. *Mr. Charles Nagel* for respondent.

---

No. 589. FISHER BOOK TYPEWRITER COMPANY ET AL., PETITIONER, v. FREDERIC W. HILLARD. February 24, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. William A. Redding* for petitioners. *Mr. Thomas B. Kerr* and *Mr. John C. Kerr* for respondent.

---

No. 592. MAX ALEXANDER, PETITIONER, v. MILLS B. LANE ET AL. February 24, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William Garrard, Mr. P. W. Meldrim* and *Mr. Garrard Glenn* for petitioner. *Mr. Robert M. Hitch* for respondents.

---

No. 594. COUNTY OF HAMILTON, ILL., PETITIONER, v. MONTPELIER SAVINGS BANK AND TRUST COMPANY. February 24,